IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CERTAIN UNDERWRITERS AT LLOYDS, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY AND TRANSVERSE SPECIALTY INSURANCE COMPANY,

Plaintiffs,

vs. CIV 24-0273 KG/GBW

WADE DITTRICH and TRISTAN PAYNE,

Defendants.

ORDER

THIS MATTER HAVING COME before the Court on the parties' Motion Dismissing Action with Prejudice ("Motion"), the Court, having considered the Motion and being otherwise fully advised in the premises, finds that the Motion should be GRANTED.

THE COURT FINDS that there is no objection from any party to dismissal with prejudice of Plaintiffs' claims and causes of action against Defendants.

IT IS ORDERED, ADJUDGED, AND DECREED that all of the Plaintiffs' claims and causes of actions in the above-captioned matter be dismissed, with prejudice, each party to bear its own respective fees and costs.

UNITED STATES DISTRICT JUDGE

APPROVED AND SUBMITTED BY:

*/s/ W. Gustin Vandiford*_____
W. Gustin Vandiford, #24-90
COZEN O'CONNOR
707 17th Street, Suite 3100
Denver, CO 80202
720.479.3881
wvandiford@cozen.com
*Attorneys for Plaintiffs*

*/s/ Alysandra E. Martinez*_____
Alysandra E. Martinez, #154057
KEMP SMITH LLP
221 North Kansas, Suite 1700
El Paso, TX 79901
915.533.4424
Alysandra.martinez@kempsmith.com
*Attorneys for Defendants*